United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT SPONG and KERRY SPONG | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-228 |
| | § | |
| FIDELITY NATIONAL PROPERTY | § | |
| AND CASUALTY INSURANCE CO., | § | |
| ET AL. | § | |

## FINAL JUDGMENT

Having granted the Motions for Summary Judgment of the Fidelity Defendants and the United States and dismissed all claims asserted by Plaintiffs Robert and Kerry Spong against those Defendants it is, hereby, **ORDERED** and **ADJUDGED** that Plaintiffs **RECOVER NOTHING**, that their action against these Defendants is **DISMISSED with prejudice**; and that each Party **SHALL** bear its own costs.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this      28th      day of April, 2016.

John R. Froeschner
United States Magistrate Judge